## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CARRIE JEAN JEFFERSON,**

      **Plaintiff,**

**v.**                                  **CASE NO. 4:11-cv-151-RS-CAS**

**FLORIDA STATE UNIVERSITY,**
**BOARD OF TRUSTEES**

      **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 31).

No objections have been filed.

**IT IS ORDERED:**

1.     The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2.     Defendant's Motion to Dismiss (Doc. 27) is **GRANTED**.

3.     Plaintiff's Second Amended Complaint (Doc. 23) is **DISMISSED** for failure to state a claim upon which relief may be granted.

4.     The clerk is directed to close the file.

**ORDERED** on May 17, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**